<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-599**

In Re:  RONALD MCGILL,

Petitioner.

On Petition for Writ of Mandamus.
(CA-98-272-5-F-3)

Submitted:  September 10, 1998      Decided:  September 22, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ronald McGill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald McGill has filed a petition for a writ of mandamus seeking to have this court compel the District Court for the Eastern District of North Carolina to either issue a writ of habeas corpus or grant his motion for either a temporary restraining order or a preliminary injunction. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Because McGill's habeas corpus petition has been transferred to the District Court for the District of South Carolina, his petition for mandamus relief is moot. Accordingly, although we grant McGill's motion to proceed in forma pauperis, we deny his petition for mandamus relief. We also deny McGill's motions for a temporary restraining order and/or a preliminary injunction, to dispense with the requirement of a security bond, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2